LEO S. RATICK *v.* RICHARD S. SCALO ET AL.

The motion by the defendant Atwater Corporation to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Abraham B. Beiser,* for the appellee (defendant Atwater Corporation).

*Melvin J. Silverman,* for the appellant (plaintiff).

Argued March 6—decided March 6, 1973

ANNA V. HOULE ET AL. *v.* COMMON COUNCIL OF THE CITY OF WILLIMANTIC

The plaintiffs' motion to dismiss the petition for certification for appeal from the Court of Common Pleas in Windham County is denied.

*Oliver S. Chappell,* for the plaintiffs.

*Charles S. Tarpinian,* for the petitioner Concetta Russo.

Argued March 6—decided March 6, 1973

MICHAEL GUTOWSKI ET AL. *v.* CITY OF NEW BRITAIN ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Hartford County is dismissed.

No appearance by counsel for either party.

Decided March 6, 1973